**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tommy Don Drew,<br><br>            Petitioner,<br>    vs.<br><br>Dora Schriro, et al.,<br><br>            Respondents. | No. CV-07-0156-PHX-PGR (GEE)<br><br>ORDER |

Pending before the Court is the Report and Recommendation of Magistrate Judge Edmonds, entered September 20, 2007, wherein she recommends that the petitioner's Amended Petition for Writ of Habeas Corpus be dismissed due to the petitioner's failure to exhaust his state court remedies; her recommendation is based on the petitioner's admission in his Amended Petition that this habeas action was his first attempt to resolve the single claim presented in the Amended Petition.  The Court having reviewed the Report and Recommendation *de novo* notwithstanding that no party has objected to it,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #10) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Amended Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254

1  (doc. #5) is denied and that this action is dismissed for failure to exhaust state
2  court remedies.  The Clerk of the Court shall enter judgment accordingly.
3      DATED this 29th day of October, 2007.

*[signature]*
Paul G. Rosenblatt
United States District Judge